**FILED**
10/21/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Ashley A. Chung (312) 697-4089

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**20 CR 746**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 20 CR |
| v. | |
| GUOLONG LI | SUSAN E. COX<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, THOMAS LYNCH, personally appearing before United States Magistrate Judge SUSAN E. COX and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that GUOLONG LI has been charged by Indictment in the Western District of Washington with the following criminal offense: conspiracy to manufacture and distribute marihuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 846.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

THOMAS LYNCH
Inspector
U.S. Postal Inspection Service

SUBSCRIBED AND SWORN to before me this 21st day of October, 2020.

SUSAN E. COX
United States Magistrate Judge

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

October 14, 2020

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WOBIAO LEI,<br>XINMING WU,<br>YI JUN CHEN,<br>GUO GUI YU,<br>CHEE CHOONG NG<br>GUOLONG LI, and<br>LINGFENG LEI,<br><br>Defendants. | No. **CR20-171 JCC**<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT 1

**(Conspiracy to Manufacture and Distribute Marihuana)**

Beginning at a time unknown and continuing until on or about October 14, 2020, in King County, within the Western District of Washington, in Illinois, Oregon, Pennsylvania, and elsewhere, WOBIAO LEI, XINMING WU, YI JUN CHEN, GUO GUI YU, CHEE CHOONG NG, GUOLONG LI, LINGFENG LEI, and others known and unknown, did knowingly and intentionally conspire to manufacture, distribute, and

Indictment
*United States v. Wobiao Lei et al.* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

possess with intent to distribute, marihuana, a substance controlled under Title 21, United States Code, Section 812, Schedule I.

With respect to WOBIAO LEI, XINMING WU, YI JUN CHEN, GUO GUI YU, CHEE CHOONG NG, GUOLONG LI, and LINGFENG LEI, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 1000 kilograms or more of a mixture or substance containing a detectable amount of marihuana and 100 or more marihuana plants regardless of weight, in violation of Title 21, United States Code, Sections 841(b)(1)(A) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 846.

## COUNT 2

**(Possession with Intent to Distribute Marihuana)**

On or about February 27, 2018, in King County, within the Western District of Washington, and elsewhere, the defendants WOBIAO LEI and XINMING WU, knowingly and intentionally possessed with intent to distribute, and did aid and abet the possession with intent to distribute, marihuana, a substance controlled under Title 21, United States Code, Section 812, Schedule I.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT 3

**(Manufacturing and Possessing with Intent to Distribute Marihuana)**

On or about May 18, 2020, in King County, within the Western District of Washington, and elsewhere, the defendant WOBIAO LEI, knowingly and intentionally

manufactured and possessed with intent to distribute, and did aid and abet the manufacture of and possession with intent to distribute, marihuana, a substance controlled under Title 21, United States Code, Section 812, Schedule I.

The Grand Jury further alleges that the offense involved 100 or more marihuana plants regardless of weight.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

## ASSET FORFEITURE ALLEGATIONS

All of the allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, the defendants WOBIAO LEI, XINMING WU, YI JUN CHEN, GUO GUI YU, CHEE CHOONG NG, GUOLONG LI, and LINGFENG LEI shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 2, the defendants WOBIAO LEI and XINMING WU shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 3, the defendant WOBIAO LEI shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the relevant defendant,

    a.    cannot be located upon the exercise of due diligence;

Indictment
*United States v. Wobiao Lei et al.* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or,
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 10/14/2020

*Signature of the Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON


_____
BRIAN T. MORAN
United States Attorney


_____
VINCENT T. LOMBARDI
Assistant United States Attorney


_____
NICHOLAS MANHEIM
Assistant United States Attorney

Indictment
*United States v. Wobiao Lei et al.* - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) | |
| v. | ) | Case No. **CR20-171-6 JCC** |
| GUOLONG LI | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* GUOLONG LI,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Manufacture and Distribute Marihuana - Title 21, U.S.C., Sections 841(b)(1)(A), 841(b)(1)(B), and 846.

Date: 10/14/2020

*Issuing officer's signature*

City and state: Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/19/20, and the person was arrested on *(date)* 10/21/20
at *(city and state)* Chicago, Illinois.

Date: 10/21/20

*Arresting officer's signature*

Inspector T. Lynch
*Printed name and title*