UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA     )
                                  )
           v.             )    No. 20CR746
                                  )
Goulong Li,                )
                                  )
      Defendant.     )

### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**NOW COMES**, the Defendant, Goulong Li, and through his attorney, Gal Pissetzky, respectfully moves this Honorable Court for early termination of supervised release. In support of her request, Mr. Li states as follows:

1. Mr. Li has been sentenced and was ordered to serve a 38-month term of supervised release.

2. To date, Mr. Li has served 29 months on supervised release.

3. 18 U.S.C. § 3564(c), authorizes early termination of probation if the defendant has served at least one year of supervised release and if such action is warranted by the defendant's conduct and is in the interests of justice.

4. While on supervised release, Mr. Li fully complied with all the conditions, has been fully employed, has a stable residence, and is a very productive member of the community. Although Mr. Li tested positive to amphetamines on April 14, 2025, he has since tested negative multiple times, including in the past 2 weeks.

5. Mr. Li served well over half of the ordered supervised release term and now asks that this Honorable Court terminate her supervised release early.

6. Probation **does not oppose** early termination in this case at this time.

1

WHEREFORE, Mr. Li respectfully request that this Honorable Court grant his motion and terminate his supervise release early.

Respectfully submitted,

/s/ Gal Pissetzky
Gal Pissetzky
601 Skokie Blvd., Ste. 501
Chicago, IL 60062
(847)736-7756

2

3

## **CERTIFICATE OF SERVICE**

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

## **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

was served, on June 11, 2026, pursuant to the district court's ECF filers.

Respectfully submitted,

/s/ Gal Pissetzky_____