

**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Jessica R. Ecker* | *Dirksen Federal Courthouse* | *Direct Line: (312) 613-5200* |
| *Assistant United States Attorney* | *219 South Dearborn Street, Fifth Floor* | *E-mail: jessica.ecker@usdoj.gov* |
| | *Chicago, Illinois 60604* | |

July 10, 2026

The Honorable Martha M Pacold
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Re:     *United States v. Guolong Li* 20 CR 746

Dear Judge Pacold,

Please accept this letter brief in lieu of a more formal response to defendant Guolong Li's motion for early termination of supervised release (the "Motion"). Dkt. No. 30. As explained below, the government does not oppose the Motion.

## **Procedural History**

On August 26, 2021, defendant was charged in the Western District of Washington with drug trafficking crimes. On February 2, 2022, defendant pleaded guilty to Cout One of the indictment, which charged conspiracy to manufacture and distribute marijuana, in violation of 21 U.S.C. § 846. On May 2, 2022, defendant was sentenced by the Honorable Judge John C. Coughenour to 30 months' imprisonment, followed by 3 years' supervised release. Defendant began his period of supervision on December 4, 2023. On January 17, 2024, defendant's supervision was transferred to this District. Defendant's period of supervision is set to expire on December 3, 2026.

On May 13, 2024, the United States Probation Office ("Probation") issued a Special Report regarding certain alleged violations of defendant's conditions of supervised release (including leaving the District, communicating with someone under criminal investigation, and testing positive in a urine drug test), Dkt. No. 18, which defendant did not contest, Dkt. No. 27. As a result, this Court modified defendant's conditions of supervised release to include a temporary curfew and location monitoring. *Id.* Since that time, defendant has had no further violations of his supervision.

## Applicable Law

Title 18, United States Code, Section 3583(e)(1) allows the Court to terminate a defendant's supervised release after one year if "it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." § 3583(e)(1); *United States v. Lowe*, 632 F.3d 996, 998 (7th Cir. 2011). In making such a determination, the Court must consider any applicable Section 3553(a) factors.

## Discussion

Here, defendant has served 29 months of his 36-month term of supervised release. Except for the violations outlined in the May 13, 2024 report, which occurred more than 2 years ago, defendant has been compliant with his supervision and gainfully employed. Additionally, defendant has no outstanding financial obligations arising from his sentence, and Probation supports his Motion.

## Conclusion

Based on the foregoing, the government does not oppose defendant's Motion. The government will be prepared to articulate this position at the upcoming hearing on the Motion, currently scheduled for July 23, 2026.

Very truly yours,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Jessica R. Ecker*
Jessica R. Ecker
Assistant United States Attorney