UNITED STATES OF AMERICA
                                  Plaintiff,

v.                                                    Case No.: 1:20–cr–00746
                                                      Honorable Martha M. Pacold


                                  Defendant.

_____


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, July 23, 2026:


        MINUTE entry before the Honorable Martha M. Pacold as to Guolong Li: Motion hearing held on 7/23/2026. Mandarin interpreter present and sworn in. For the reasons stated on the record, defendant's motion for early termination of supervised release [30] is granted without objection by the government or Probation. Defendant's supervised release is hereby terminated satisfactorily. Mailed notice. (lxk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.